In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00036-CR


______________________________




KHOURY RAY ROBERSON, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 402nd Judicial District Court


Wood County, Texas


Trial Court No. 19,036-2005




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Khoury Ray Roberson was convicted of six charges of sexual assault of a child by a Wood
County jury. The cases were tried together, and Roberson now appeals the six convictions. 

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
dated this day in Roberson v. State, cause number 06-06-00032-CR, we affirm the judgment of the
trial court.


 Jack Carter

 Justice


Date Submitted: May 9, 2007

Date Decided: May 24, 2007


Do Not Publish








160;          Adam Alonzo Naranjo was convicted in the single trial of two separately indicted cases, both
of which charged Naranjo with aggravated sexual assault. This appeal concerns his conviction for
aggravated sexual assault under trial cause number 916339. The causes were appealed separately,
but briefed together. 
            Since the briefs and arguments raised therein are identical in each appeal, for the reasons
stated in Naranjo v. State, No. 06-03-00056-CR, we affirm the trial court's judgment.
 
 
                                                                        Jack Carter 
                                                                        Justice
 
Date Submitted:          February 18, 2004
Date Decided:             March 9, 2004

Do Not Publish